# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MACIEL and ELVIS BONNILLA, on behalf of themselves, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees: under Labor Code Private Attorneys General Act of 2004,<br><br>Plaintiff(s)<br><br>v.<br><br>BAR 20 DAIRY, LLC, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:17-cv-00902-DAD-SKO<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE**<br><br>**(Doc. 7)**<br><br>Judge: SHEILA K. OBERTO<br><br>U.S. MAGISTRATE JUDGE |

**ORDER**

Pursuant to the parties' stipulation (Doc. 7), IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for October 26, 2017, is **CONTINUED to January 4, 2018, at 10:30 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto**. All other deadlines set forth in the Order Setting Mandatory Scheduling Conference (Doc. 4) are modified accordingly.

IT IS SO ORDERED.

Dated: __October 23, 2017__          /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE

**ORDER MODIFYING THE SCHEDULING ORDER TO MOVE OUT ALL DATES BY 160 DAYS**