UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MACIEL and ELVIS BONILLA, on behalf of themselves and all others similarly situated, and as "aggrieved employees" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>Plaintiffs,<br><br>v.<br><br>BAR 20 DAIRY, LLC, a California limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 1:17-cv-00902-DAD-SKO<br><br>ORDER GRANTING THIRD STIPULATION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>(Doc. No. 23) |

Pursuant to the third stipulation of the parties (Doc. No. 23) and good cause appearing therefore, it is hereby ordered that plaintiffs' deadline to file supplemental briefing in support of the motion for preliminary approval of class action settlement (Doc. No. 9) is extended from June 20, 2018 to July 18, 2018.

IT IS SO ORDERED.

Dated: **June 20, 2018**

UNITED STATES DISTRICT JUDGE

1