
SPIVAK LAW

Employee Rights Attorneys
16530 Ventura Bl. Ste 312
Encino CA 91438
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MACIEL and ELVIS BONILLA, on behalf of themselves, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004, <br><br> *Plaintiff(s)*, <br><br> vs. <br><br> BAR 20 DAIRY, LLC, a California limited liability company; and DOES 1 through 50, inclusive, <br><br> *Defendant(s)*. | Case No.: 1:17-cv-00902-DAD-SKO <br><br> **CLASS ACTION** <br><br> **ORDER ON STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE BY 60 DAYS** <br><br> **(Doc. 26)** <br><br> Judge: SHEILA K. OBERTO <br> U.S. MAGISTRATE JUDGE |

1



SPIVAK LAW

Employee Rights Attorneys
16530 Ventura Bl. Ste 312
Encino CA 91438
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

1  Pursuant to the stipulation of the Parties (Doc. 26) and good cause appearing,
2  IT IS HEREBY ORDERED THAT the Mandatory Scheduling Conference
3  currently set for August 9, 2018 is hereby **CONTINUED to October 16, 2018, at**
4  **9:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto**.
5  The parties shall file their joint scheduling report no later than October 9, 2018.

IT IS SO ORDERED.

Dated: **July 19, 2018**              /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE

*Maciel, et al. v. Bar 20 Dairy, LLC, et al.*     Order on Stipulation to Continue Mandatory
                                                   Scheduling Conference