SPIVAK LAW

Employee Rights Attorneys
16530 Ventura Bl. Ste 312
Encino CA 91438
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MACIEL and ELVIS BONILLA, on behalf of themselves, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>BAR 20 DAIRY, LLC, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>*Defendant(s).* | Case No.: 1:17-cv-00902-DAD-SKO<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER ON STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>**(Doc. 36)**<br><br>Judge: SHEILA K. OBERTO<br>U.S. MAGISTRATE JUDGE |

Pursuant to the stipulation of the Parties (Doc. 36) and good cause appearing, IT IS HEREBY ORDERED THAT the Mandatory Scheduling Conference

1

*Maciel, et al. v. Bar 20 Dairy, LLC, et al.*  Order on Stipulation to Continue Mandatory Scheduling Conference

currently set for January 17, 2019, is hereby **CONTINUED to March 14, 2019, at 9:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto**. The parties shall file their joint scheduling report no later than March 7, 2019.

IT IS SO ORDERED.

Dated: **January 11, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

*Maciel, et al. v. Bar 20 Dairy, LLC, et al.*   Order on Stipulation to Continue Mandatory Scheduling Conference

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Bl. Ste 312
Encino CA 91438
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com