UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MACIEL and ELVIS BONILLA, on behalf of themselves and all others similarly situated, and as "aggrieved employees" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>Plaintiffs,<br><br>v.<br><br>BAR 20 DAIRY, LLC, a California limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 1:17-cv-00902-DAD-SKO<br><br>ORDER GRANTING JOINT STIPULATION TO PERMIT PLAINTIFFS TO FILE FIFTH AMENDED CONSOLIDATED CLASS COMPLAINT<br><br>(Doc. No. 42) |

On April 23, 2019, the parties filed a joint stipulation to permit plaintiffs to file a fifth amended complaint to amend the class definition. (Doc. No. 42.) Pursuant to the parties' stipulation, and good cause appearing, the court grants plaintiff leave to further amend the complaint and directs the Clerk of the Court to file the proposed fifth amended complaint (Doc. No. 42-1) on the docket captioned as the fifth amended complaint, which is deemed filed as of the date of this order.

IT IS SO ORDERED.

Dated: **April 29, 2019**

_____
UNITED STATES DISTRICT JUDGE

1