| | |
|---|---|
| JOSE MACIEL and ELVIS BONILLA, on behalf of themselves, and all others similarly situated, and as "aggrieved employees" on behalf of other "aggrieved employees" under the Labor Code Private Attorney General Act of 2004,<br><br>Plaintiffs,<br><br>v.<br><br>BAR 20 DAIRY, LLC, a California limited liability company,<br><br>Defendant. | No. 1:17-cv-00902-DAD-SKO<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST**<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**(Doc. 48)** |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On March 15, 2019, following the denial of the parties' motion for preliminary approval of class settlement, the Court entered a scheduling order in this case. (Doc. 41; *see* Doc. 34.) The scheduling order set a deadline for filing the motion for class certification for December 13, 2019, a hearing on the class certification motion on March 17, 2020, and a further scheduling conference for May 27, 2020. (Doc. 41 at 2.) The parties now seek to modify the scheduling order because the parties are attempting to finalize amended settlement documents and need more time to complete them. (*See* Doc. 48 at 3.)

Upon review of the parties' stipulation, (Doc. 48), for good cause shown, the Court GRANTS the parties' request and will enlarge the deadlines as set forth below.

**It is ORDERED that the scheduling order, (Doc. 41), is hereby MODIFIED as follows:**

1. The deadline for filing the motion for class certification is continued from December 13, 2019, to **February 26, 2020.**

2. The deadline for filing any opposition to the motion for class certification is continued from January 31, 2020, to **April 15, 2020.**

3. The deadline for any reply brief in support of the motion for class certification is continued from February 18, 2020, to **May 1, 2020.**

4. The motion for class certification shall be heard on **June 2, 2020**, at 9:30 a.m., in Courtroom 5 before the Honorable Dale A. Drozd, United States District Judge.

5. The status conference to set further scheduling dates is continued from May 27, 2020, to **August 4, 2020**, at 9:30 a.m. in Courtroom 7 before United States Magistrate Judge Sheila K. Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference. By no later than July 28, 2020, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated: __**December 17, 2019**__      /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE