# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MACIEL and ELVIS BONILLA, on behalf of themselves, and all others similarly situated, and as "aggrieved employees" on behalf of other "aggrieved employees" under the Labor Code Private Attorney General Act of 2004,<br><br>Plaintiffs,<br><br>v.<br><br>BAR 20 DAIRY, LLC, a California limited liability company,<br><br>Defendant. | No. 1:17-cv-00902-DAD-SKO<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST**<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**(Doc. 48)** |

On March 15, 2019, following the denial of the parties' motion for preliminary approval of class settlement, the Court entered a scheduling order in this case. (Doc. 41; *see* Doc. 34.) On December 17, 2019, the Court granted the parties' first stipulation to modify the scheduling order and enlarged the deadlines by approximately 75 days, as the parties were attempting to finalize amended settlement documents. (Doc. 49.) The parties now seek to modify the scheduling order a second time because the parties are continuing to finalize the amended settlement documents and need more time to complete them. (*See* Doc. 51 at 3.)

Upon review of the parties' stipulation, (Doc. 51), for good cause shown, the Court GRANTS the parties' request and will enlarge the deadlines as set forth below.

**It is ORDERED that the scheduling order is hereby MODIFIED as follows:**

1. The deadline for filing the motion for class certification is continued from February 26, 2020, to **April 27, 2020.**
2. The deadline for filing any opposition to the motion for class certification is continued from April 15, 2020, to **June 15, 2020.**
3. The deadline for any reply brief in support of the motion for class certification is continued from May 1, 2020, to **July 1, 2020.**
4. The motion for class certification shall be heard on **August 4, 2020**, at 9:30 a.m., in Courtroom 5 before the Honorable Dale A. Drozd, United States District Judge.
5. The status conference to set further scheduling dates is continued from August 4, 2020, to **October 1, 2020**, at 9:30 a.m. in Courtroom 7 before United States Magistrate Judge Sheila K. Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference. By no later than September 24, 2020, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated: **February 14, 2020**          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE