DAVID G. SPIVAK (SBN 179684)
    david@spivaklaw.com
CAROLINE TAHMASSIAN (SBN 285680)
    caroline@spivaklaw.com
THE SPIVAK LAW FIRM
16530 Ventura Blvd., Suite 203
Encino, CA 91436
Telephone (818) 582-3086
Facsimile (818) 582-2561

Attorneys for Plaintiff,
JOSE MACIEL, and all others similarly situated
(additional attorneys listed on next page)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MACIEL and ELVIS BONILLA, on behalf of themselves, and all others similarly situated, and as "aggrieved employees" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004, <br><br> *Plaintiff(s)*, <br><br> vs. <br><br> BAR 20 DAIRY, LLC, a California limited liability company; and DOES 1 through 50, inclusive, <br><br> *Defendant(s).* | Case No.: 1:17-CV-00902-DAD-SKO <br><br> **NOTICE OF MOTION AND PLAINTIFFS' SECOND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Hearing Date: May 5, 2020 <br> Hearing Time: 9:30 a.m. <br> Hearing Dept.: Courtroom 5, 7th Floor, Hon. Dale A. Drozd <br><br> ***Filed Concurrently Herewith*** <br><br> 1. Memorandum of Points and Authorities; <br> 2. Declaration of David Spivak; and <br> 3. [Proposed] Order. |

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

1

*Jose Maciel et al. v. Bar 20 Dairy, LLC*, Case No. 1:17-cv-00902-DAD-SKO    Notice of Second Motion and Motion and Motion for Prelim. Approval of Class Action Settlement

**ADDITIONAL ATTORNEYS FOR PLAINTIFFS**

ERIC B. KINGSLEY, ESQ. (SBN 185123)
    eric@kingsleykingsley.com
KELSEY M. SZAMET, ESQ. (SBN 260264)
    kelsey@kingsleykingsley.com
KINGSLEY & KINGSLEY, APC
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone (818) 990-8300
Facsimile (818) 990-2903

Attorneys for Plaintiff ELVIS BONILLA and the Proposed Class



SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

2

*Jose Maciel et al. v. Bar 20 Dairy, LLC*, Case No. 1:17-cv-00902-DAD-SKO

Notice of Second Motion and Motion and Motion for Prelim. Approval of Class Action Settlement

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on May 5, 2020 at 9:30 a.m., or as soon thereafter as may be heard, in Courtroom 5, 7th floor, of the above-captioned Court, located at 2500 Tulare Street, Fresno, CA 93721, Plaintiffs Jose Maciel and Elvis Bonilla ("Plaintiffs") will and hereby do move the Court for an Order: (1) preliminarily approving the proposed non-reversionary settlement of this class action with Defendant Bar 20 Dairy, LLC ("Defendants" or "Bar 20") in a manner consistent with the Parties' "Fourth Amended Joint Stipulation of Class Action Settlement and Release" ("the Settlement") (attached as Exhibit 1 to the Declaration of David Spivak); (2) conditionally certifying the Class for settlement purposes; (3) approving the form and notice procedures of the "Notice of Proposed Class Action Settlement and Hearing Date for Court Approval" (attached as Exhibit 1 to the Settlement); (4) directing that notice be given to Settlement Class Members; and (5) scheduling a final approval hearing of the Settlement.

The "Class" or "Settlement Class" means all current and former non-exempt employees of Defendant in California during the period of February 11, 2011 through May 11, 2016 ("Class Period") in the following departments and/or job categories: Breeders, Calf, Corral Maintenance, Feed Push, Feeders, Fresh Cow, Hospital, Maintenance, Waste Management, Maternity, Milkers, Farm Tractor and Equipment Drivers, Farm Irrigators, and Farm Shop. There are approximately 297 Class Members.

This motion is made on the grounds that: (1) the Class meets all of the requirements for class certification under Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure; (2) the Settlement is fair, adequate, and reasonable as required under Rule 23(e); (3) Plaintiffs and Class Counsel are adequate to represent the Class as required by Rule 23(a)(4) and (g); (4) the notice procedures and related forms comport with all relevant due process and Rule 23(c)(2)(B) requirements; and (5) based on the foregoing, notice should be directed to Class Members and a final approval hearing should be scheduled.

This motion is based on this notice of motion and motion for preliminary approval of class action settlement, the memorandum of points and authorities in support thereof, the declarations of David Spivak, all accompanying exhibits, all papers currently on file with this Court, and such further evidence and arguments as may be presented at hearing.

3

*Jose Maciel et al. v. Bar 20 Dairy, LLC*, Case No. 1:17-cv-00902-DAD-SKO — Notice of Second Motion and Motion and Motion for Prelim. Approval of Class Action Settlement

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

Because all Parties have agreed to the proposed class Settlement, this motion is not opposed by Defendant.

Respectfully submitted,

THE SPIVAK LAW FIRM

Dated: April 7, 2020

By: /s/ David Spivak
DAVID SPIVAK
Attorney for Plaintiff, JOSE MACIEL


SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Suite 203
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

4

*Jose Maciel et al. v. Bar 20 Dairy, LLC*, Case No. 1:17-cv-00902-DAD-SKO

Notice of Second Motion and Motion and Motion for Prelim. Approval of Class Action Settlement