UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MACIEL and ELVIS BONILLA, on behalf of themselves, and all others similarly situated, and as "aggrieved employees" on behalf of other "aggrieved employees" under the Labor Code Private Attorney General Act of 2004,<br><br>Plaintiffs,<br><br>v.<br><br>BAR 20 DAIRY, LLC, a California limited liability company,<br><br>Defendant. | No. 1:17-cv-00902-DAD-SKO<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST**<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**(Doc. 58)** |

On March 15, 2019, following the denial of the parties' motion for preliminary approval of class settlement, the Court entered a scheduling order in this case.  (Doc. 41; *see* Doc. 34.)  The Court granted three previous stipulations for extension of the class certification deadlines, as the parties were finalizing amended settlement documents and in view of their pending second motion for preliminary approval of class settlement (Doc. 54), and the current deadline to file the motion for class certification is July 27, 2020.  (*See* Docs. 49, 53, 57.)  The parties now seek to modify the scheduling order a fourth time in view of the status of their pending second motion for preliminary approval of class settlement.  (*See* Doc. 58 at 3 (filed July 24, 2020).)

Upon review of the parties' stipulation, (Doc. 58), for good cause shown, the Court GRANTS the parties' request and will enlarge the deadlines as set forth below.

**It is ORDERED that the scheduling order is hereby MODIFIED as follows:**

1. The deadline for filing the motion for class certification is continued from July 27, 2020, to **October 26, 2020.**

2. The deadline for filing any opposition to the motion for class certification is continued September 14, 2020 to **December 14, 2020.**

3. The deadline for any reply brief in support of the motion for class certification is continued from September 29, 2020 to **December 28, 2020.**

4. The motion for class certification shall be heard on **February 2, 2021**, at 9:30 a.m., in Courtroom 5 before the Honorable Dale A. Drozd, United States District Judge.

5. The status conference to set further scheduling dates is continued from December 29, 2020, to **March 30, 2021**, at 9:30 a.m. in Courtroom 7 before United States Magistrate Judge Sheila K. Oberto.  Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference.  By no later than March 24, 2021, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated:  **July 27, 2020**                     /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE

2