**KINGSLEY & KINGSLEY, APC**
ERIC B. KINGLSEY (SBN 185123)
eric@kingsleykingsley.com
KELSEY M. SZAMET (SBN 260264)
kelsey@kingsleykingsley.com
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone (818) 990-8300
Facsimile (818) 990-2903

Attorneys for Plaintiff, Elvis Bonilla

**THE SPIVAK LAW FIRM**
DAVID G. SPIVAK (SBN 179684)
david@spivaklaw.com
CAROLINE TAHMASSIAN (SBN 285680)
caroline@spivaklaw.com
16530 Ventura Blvd, Suite 203
Encino, CA 91436
Telephone (818) 582-3086
Facsimile (818) 582-2561

Attorneys for Plaintiff, Jose Maciel

*(Additional counsel listed on next page)*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MACIEL and ELVIS BONILLA, on behalf of themselves, and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004, <br><br> Plaintiffs, <br><br> v. <br><br> BAR 20 DAIRY, LLC, a California limited liability company; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 1:17-cv-00902-DAD-SKO <br><br> **JOINT STIPULATION AND ORDER TO VACATE CLASS CERTIFICATION DATES** <br><br> (Doc. 65) <br><br> Judge: SHEILA K. OBERTO <br> U.S. MAGISTRATE JUDGE |

**1**
**JOINT STIPULATION AND ORDER TO VACATE CLASS CERTIFICATION DATES**

1 | **SUTTON HAGUE LAW CORPORATION, P.C.**
2 | S. BRETT SUTTON (SBN 143107)
  | brett@suttonhague.com
3 | JARED HAGUE (SBN 251517)
  | jared@suttonhague.com
4 | 6715 North Palm Avenue, Ste. 216
  | Fresno, CA 93704
5 | Telephone (559) 325-0500
  | Facsimile (559) 981-1217

6 | Attorneys for Defendant, Bar 20 Dairy, LLC

IT IS HEREBY STIPULATED by and between Plaintiff Jose Maciel, by and through his counsel of record, David Spivak and Caroline Tahmassian of The Spivak Law Firm, Plaintiff Elvis Bonilla, by and through his counsel of record, Eric B. Kingsley and Kelsey M. Szamet of Kingsley & Kingsley, APC (collectively hereafter "Plaintiffs"), and Defendant Bar 20 Dairy, LLC ("Defendant") by and through its counsel of record, S. Brett Sutton and Jared Hague of Sutton Hague Law Corporation, P.C., as follows:

1. WHEREAS, on October 23, 2018, the Court denied Plaintiffs' unopposed motion for preliminary approval of class action settlement without prejudice.

2. WHEREAS, on March 14, 2019, the Court held a Mandatory Scheduling Conference and ordered Plaintiffs to file a motion for class certification no later than December 13, 2019.

3. WHEREAS, following the Mandatory Scheduling Conference, the Parties continued their settlement negotiations and agreed to revise the terms of the settlement.

4. WHEREAS, on December 17, 2019, and by the stipulation of the Parties, the Court continued Plaintiffs' deadline to file their motion for class certification to February 26, 2020.

5. WHEREAS, on February 18, 2020, and by the stipulation of the Parties, the Court continued Plaintiffs' deadline to file their motion for class certification to April 27, 2020.

6. WHEREAS, the Parties finalized the amended settlement documents on or about March 24, 2020 and Plaintiffs filed a motion for preliminary approval of the settlement on April 7, 2020.

7. WHEREAS, on April 27, 2020, and by the stipulation of the Parties, the Court continued Plaintiffs' deadline to file their motion for class certification to July 27, 2020.

8. WHEREAS, on July 27, 2020, and by the stipulation of the Parties, the

Court further continued Plaintiffs' deadline to file a motion for class certification to October 26, 2020.

9. WHEREAS, on October 13, 2020, the Court granted Plaintiffs' Motion for Preliminary Approval (Dkt. No 60).

10. WHEREAS, the Class Notice has now been disseminated.

11. WHEREAS, the motion for class certification is currently set for February 2, 2021. The status conference to set further scheduling dates is continued from December 29, 2020 to March 30, 2021.

12. WHEREAS, Plaintiffs intend to file their Motion for Final Approval on March 29, 2021 to be heard on April 12, 2021.

13. WHEREAS, in light of preliminarily-approved, Settlement, the Parties request that the Court vacate the motion for class certification and status conference.

14. Counsel for Defendant Bar 20 Dairy, LLC and Plaintiff Jose Maciel have authorized the filing of this Stipulation with the use of his/her electronic signature hereon.

IT IS SO STIPULATED.

DATED: December 14, 2020            KINGSLEY & KINGSLEY, APC

                                    By:/s/ Kelsey M. Szamet
                                        Eric B. Kingsley
                                        Kelsey M. Szamet
                                        Attorneys for Plaintiff, Elvis Bonilla

DATED: December 14, 2020            THE SPIVAK LAW FIRM

                                    By: /s/ David Spivak
                                        David Spivak
                                        Caroline Tahmassian
                                        Attorneys for Plaintiff, Jose Maciel

DATED: December 14, 2020  SUTTON HAGUE LAW CORPORATION, P.C.

By: /s/ Jared Hague
 S. Brett Sutton
 Jared Hague
 Attorneys for Defendant, Bar 20 Dairy, LLC

### **ORDER**

Pursuant to the Parties' above stipulation and Plaintiffs' intention to file their Motion for Final Approval on March 29, 2021, which shall be heard on April 12, 2021, and for good cause shown,

The Court hereby VACATES the February 2, 2021, hearing date for the motion for class certification, which was due to be filed on October 26, 2020, and the status conference set for March 30, 2021.

IT IS SO ORDERED.

Dated:  **December 14, 2020**           /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE